**Appeal Dismissed and Memorandum Opinion filed August 2, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-22-00211-CV

---

**PATRICK ROBERT MORRIS, Appellant**

**V.**

**SAMANTHA KAY MORRIS, Appellee**

---

**On Appeal from County Court at Law No 1**
**Galveston County, Texas**
**Trial Court Cause No. 21-FD-2580**

---

### MEMORANDUM OPINION

This attempted appeal is from a protective order rendered during a pending divorce proceeding. Such an order is interlocutory and not reviewable on appeal. *Cf. Ulmer v. Ulmer*, 130 S.W.3d 294, 296-97 (Tex. App.—Houston [14th Dist.] 2004, no pet (holding "if a protective order is issued *outside* of an ongoing proceeding, the trial court is granting injunctive relief and is fully disposing of all parties and issues before it" so that the order is final and appealable) (emphasis added).

On June 23, 2022, notification was transmitted to the parties the appeal was subject to dismissal without further notice on the court's own motion for want of jurisdiction, unless appellant filed a response demonstrating grounds for continuing the appeal on or before July 14, 2022. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Poissant and Wilson.